


Jerry Kush
Sarah Chevaucher
19438 E. Colorado Drive
Aurora, CO 80017

FILED
AUG 2 3 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

August 18, 2010

Chief Judge Christopher Klein
United States Bankruptcy Court
Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA  95814

Re:  Case No. 10-25133-D-7, Steven Allen Wolf

Dear Judge Klein:

Enclosed are copies of schedules concerning the above-referenced case. I specifically bring to your attention Schedules G of Voluntary Petition wherein Petitioner(s) are required to list any leaseholds/contracts. As appears there are none listed. Also enclosed are certain Schedules of Amended Petitioners' Voluntary Petition. (You will note that there is no Schedule G in the Amended Voluntary Petition.)

I now provide you with copies of a lease entered into between MDM as *agent* for Steven Wolf, and Jerry Kush and Sarah Chevaucher. We have leased this property for 5 years. Leased premises: 19438 E. Colorado Drive, Aurora, CO 80017. I am now in receipt of yet another lease requesting renewal. Only copies of the 1st and last pages of these leases are provided.

On the specific schedules mentioned and/or provided above as well as all schedules/attachments is the following statement:

> I declare under penalty of perjury that I have read the answers contained in the foregoing statements of and schedules...and that they are true and correct to the best of my knowledge, information, and belief.
>
> Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both
> 18 U.S.C.§§ 152 and 3571.

Chief Judge Christopher Klein
United States Bankruptcy Court
Eastern District of California
Page – two
August 18, 2010
Re:  Case No. 10-25133-D-7, Steven Allen Wolf

In light of this information one would perceive that these attestations were improperly made and signed.  Secondly, it is indicated that on Property No. 3, the property will be surrendered

As tenants of the property, we were not given notice of the bankruptcy and believe that our rights to file as a creditor were denied inasmuch as our security deposit is not listed in any of the schedules and Steven Wolf is still in receipt of rent money.

This bankruptcy caused a short-term stay from a pending foreclosure. Now, again the property is scheduled to foreclose in October 2010.  Also, my husband is undergoing a battle with cancer and he is disabled as well.  This has caused us great trepidation.

I am requesting that a thorough investigation be made into the contents and inappropriateness of the Wolfs' Voluntary Petition and Amended Voluntary Petition. Your immediate attention is appreciated.  Thank you.

                                                       Sincerely,

                                                       Sarah Chevaucher

Enclosures

cc:  Ms. Kimberly J. Husted w/enclosures
     U.S. Trustee
     11230 Gold Express Drive #310-411
     Gold River, CA  95670

     Mr. Michael E. Koster w/enclosures
     President & COO
     Everhome Mortgage Co
     8100 NationsWay
     Jacksonville, FL 32256